467 A.2d 61

Commonwealth v. Waid, Appellant.

Argued April 26, 1983. Carmela R.M. Presogna, Assistant Public Defender, submitted a brief on behalf of appellant; Shad Connelly, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, POPOVICH and HOFFMAN, JJ.

Affirmed.

POPOVICH, J. filed a memorandum concurring and dissenting opinion.